FILED
MARY L. SWAIN
BUTLER COUNTY
CLERK OF COURTS
02/28/2025 01:32 PM
CV 2025 02 0486

## IN THE COURT OF COMMON PLEAS
## BUTLER COUNTY, OHIO

| | | |
|---|---|---|
| **SUBURBAN REALTY LP**<br>330 Oakford Road<br>Clarks Summit, PA 18411 | :<br>:<br>: | CASE NO: _____<br><br>JUDGE _____ |
| Plaintiff | : | |
| v. | : | **COMPLAINT FOR**<br>**BREACH OF LEASE** |
| **WAEL "SHAUN" SHARAYDEH**<br>**dba VIP Wireless & Smoke Shop**<br>7014 Vine Street<br>Cincinnati, Ohio 45216 | :<br>:<br>: | |
| Defendant | : | |

: : : : : : : : : : : : : : : : : : : : : : : : : : : :

Now comes Plaintiff, Suburban Realty LP, a Pennsylvania limited partnership, registered as a foreign entity in Ohio, by and through counsel, and for its complaint states as follow:

### FIRST CLAIM

1. Plaintiff, Suburban Realty LP (hereinafter "Suburban") is a Pennsylvania limited partnership registered to do business as a foreign entity in Ohio.

2. Plaintiff, Suburban, owns real property located at 5174 Pleasant Avenue, Fairfield, Ohio 45014.

3. On or about October 11, 2021, Defendant, Wael "Shaun" Sharaydeh dba VIP Wireless & Smoke Shop (hereinafter "Sharaydeh") entered into a Retail Lease for property located at 5174A Pleasant Avenue, Fairfield, Ohio 45014. A copy of said Retail Lease is attached hereto as Exhibit "A" and incorporated herein by reference.

1

4. On or about September 19, 2023, a Commencement Date Letter was signed whereby Sharaydeh agreed that the commencement date and effective date of the Retail Lease, Exhibit "A", was October 1, 2023. A copy of said Commencement Date Letter is attached hereto as Exhibit "B" and incorporated herein by reference.

5. The Lease Agreement provided in paragraph 6(A) that: "Tenant shall be solely responsible to comply with all zoning and land use regulations applicable to the leased premises and obtain any permits required alter build-out, or to use the Leased Premises for Tenant's purposes."

6. Sharaydeh, through no fault of Suburban, failed to obtain all necessary permits necessary to occupy the leased premises.

7. On or about December 6, 2024, Defendant attempted to cancel the Retail Lease by a letter issued by his attorney to Suburban Realty LP. A copy of said letter is attached hereto as Exhibit "C".

8. Said purported cancellation is in violation of the terms of the Retail Lease and is of no effect.

9. Sharaydeh has failed to pay rent since October 1, 2023 and is in breach of the Retail Lease. The balance of unpaid rent through February 1, 2024 is One Hundred Seventy-Five Thousand and 00/100 ($175,000.00).

10. Pursuant to paragraph 18 of the Retail Lease: "If Tenant shall default in payment of rent . . . . . In the event of such default, the Landlord shall have the right to: 1) retake exclusive possession the Leased Premises, 2) terminate the Lease, 3) seek recovery for all rent unpaid as of the date of default, 4) recover the present value of all rent due for the balance of the Lease which shall become immediately due and payable; and/or 5) seek any other remedy available at law or in equity." "For the purpose of this paragraph, net present

value shall be based on the then current prime rate of interest published by Fifth Third Bank, plus three Percent (3%) – Any waiver or indulgence granted by Landlord on one occasion shall not apply to any future occasions . . . . Landlord shall have no obligation to mitigate damages or re-lease the premises."

11. The present value of the rent due for the remaining term of the Retail Lease is $406,794.84.
12. Defendant, under the terms of the Retail Lease and due to his default thereof, owes Plaintiff the sum of $581,794.84.

**WHEREFORE**, Plaintiff, Suburban Realty LP, respectfully requests the Entry of a Judgment in its favor and against Defendant, Wael Sharaydeh dba VIP Wireless and Smoke Shop, in the amount of $581,794.84, plus prejudgment and post-judgment interest, attorney's fees and costs, and such other and further relief to which the court deems it entitled.

*/s/ Stephen C. Lane*
Stephen C. Lane   OSR No.: 0034607
Co-Counsel for Plaintiff
7419 Kingsgate Way, Suite A
West Chester, Ohio 45069
Telephone: (513) 755-6398
Facsimile: (513) 777-3020
Email: steve@stevelanelawoffice.com

*/s/ Heather L. Cady*
Heather L. Cady   OSR No.: 0076114
Co-Counsel for Plaintiff
PATER, PATER & HALVERSON CO., LPA
315 S. Front Street
Hamilton, Ohio 45011
Telephone: (513) 867-1411
Facsimile: (513) 867-1020
Email: hcady@paterlaw.com

3

### INSTRUCTIONS TO THE CLERK:

Please serve the Defendant with a summons and a copy of the Complaint, at the address specified in the caption of the Complaint by Certified U.S. Mail, return receipt requested.

/s/ *Stephen C. Lane*
Stephen C. Lane
Attorney for Plaintiff

4